No. D–1973.  IN RE DISBARMENT OF FALICK.  Fredrick S. Falick, of Middletown, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. M–82.  BERRY v. LOUISIANA DEPARTMENT OF PUBLIC SAFETY.  Motion to direct the Clerk to file petition for writ of certiorari out of time under this Court's Rule 14.5 denied.

No. M–83.  ABRAMS v. BARNETT, WARDEN; and

No. M–87.  ROBERTS v. MOORE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL.  Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 97–826.  AT&T CORP. ET AL. v. IOWA UTILITIES BOARD ET AL.; and AT&T CORP. ET AL. v. CALIFORNIA ET AL.;

No. 97–829.  MCI TELECOMMUNICATIONS CORP. v. IOWA UTILITIES BOARD ET AL.; and MCI TELECOMMUNICATIONS CORP. v. CALIFORNIA ET AL.;

No. 97–830.  ASSOCIATION FOR LOCAL TELECOMMUNICATIONS SERVICES ET AL. v. IOWA UTILITIES BOARD ET AL.;

No. 97–831.  FEDERAL COMMUNICATIONS COMMISSION ET AL. v. IOWA UTILITIES BOARD ET AL.; and FEDERAL COMMUNICATIONS COMMISSION ET AL. v. CALIFORNIA ET AL.;

No. 97–1075.  AMERITECH CORP. ET AL. v. FEDERAL COMMUNICATIONS COMMISSION ET AL.;

No. 97–1087.  GTE MIDWEST INC. v. FEDERAL COMMUNICATIONS COMMISSION ET AL.;

No. 97–1099.  U S WEST, INC. v. FEDERAL COMMUNICATIONS COMMISSION ET AL.; and

No. 97–1141.  SOUTHERN NEW ENGLAND TELEPHONE CO. ET AL. v. FEDERAL COMMUNICATIONS COMMISSION ET AL.  C. A. 8th Cir.  [Certiorari granted, 522 U. S. 1089.]  Motion of the Solicitor General for divided argument granted.  JUSTICE O'CONNOR took no part in the consideration or decision of this motion.

No. 97–889.  WRIGHT v. UNIVERSAL MARITIME SERVICE CORP. ET AL.  C. A. 4th Cir.  [Certiorari granted, 522 U. S. 1146.]  Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

No. 97–930.  BUCKLEY, SECRETARY OF STATE OF COLORADO v. AMERICAN CONSTITUTIONAL LAW FOUNDATION, INC., ET AL.